IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN DEYOE,<br>      Plaintiff,<br>V.<br>SALOMON SMITH BARNEY,<br>      Defendant.<br>_____/ | CV-03-1391-JF<br><br>AMENDED ORDER OF DISMISSAL |

    The parties hereto, by their counsel, have advised the Court that this case has been arbitrated.

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof, that there remain any pending disputes, the foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the calendar to be set for trial.

Date: June 2, 2005                    (<u>electronic signature authorized</u>)
                                              JEREMY FOGEL
                                              United States District Judge